UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VOLFMAN,
                      Plaintiff,

-v-

H&M RESTAURANT, INC., *et al.*,
                      Defendants.

24-CV-1215 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff filed a complaint on February 19, 2024. (ECF No. 1.) Defendants were each served on March 20, 2024, and responses to the complaint were due by April 10, 2024. (ECF Nos. 8, 9.) Defendants have not entered an appearance, however, and no response to the complaint has been filed. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or Defendants' counsel regarding a response to the complaint.

    If Plaintiff fails by July 9, 2024 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: June 20, 2024
       New York, New York

                                              J. PAUL OETKEN
                                            United States District Judge